UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILIO PINERO,<br>    Plaintiff,<br>vs.<br><br>THE SILVER PLATE OF MIAMI, INC. and WENDY'S PROPERTIES, LLC,<br>    Defendant. | Case No: 1:25-cv-20947-BB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendants, THE SILVER PLATE OF MIAMI, INC. and WENDY'S PROPERTIES, LLC, by and through their respective undersigned counsel, hereby dismisses this matter *with prejudice* against all Defendants, THE SILVER PLATE OF MIAMI, INC. and WENDY'S PROPERTIES, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
844-702-8867
WassenbergL@gmail.com

/s/ Angelique Lyons
Angelique Lyons, Esq. (FBN: 118801)
    *Attorney for Defendants*
Constangy, Brooks, Smith & Prophete LLP
100 North Tampa Street, Suite 2650
Tampa, FL 33602
813-223-7166
alyons@constangy.com
tampa@constangy.com