UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20947-BLOOM/Elfenbein

EMILIO PINERO,

    Plaintiff,

v.

THE SILVER PLATE OF
MIAMI, INC. and WENDY'S
PROPERTIES, LLC,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [13] ("Stipulation"), filed on April 29, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [13]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-20947-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 29, 2025.

                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record